```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**WESCO INSURANCE COMPANY,**

        Plaintiff,        24-cv-5845 (JGK)

  - against -        <u>ORDER</u>

**NORGUARD INSURANCE COMPANY,**

        Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 9, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 23, 2024**

                                        /s/ John G. Koeltl
                                        _____
                                            **John G. Koeltl**
                                **United States District Judge**