UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESCO INSURANCE COMPANY,
                Plaintiff(s)

                                                                                                     24 civ 5845 (JGK)

    -against-

NORGARD INSURANCE COMPANY,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for December 4, 2024, at 12:00pm is canceled.

**SO ORDERED.**

                                                                       /s/ John G. Koeltl
                                                      **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 21, 2024